DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| State v. Golphin<br><br>Case Below:<br>Cumberland County<br>Superior Court | No. 441A98-3 | 1. Def's PWC to Review the Decision of the Cumberland Co. Superior Court (97CRS47312)<br><br>2. Def's Motion to Deem PWC Timely Filed<br><br>3. Def's Motion to Hold Petition Pending The U.S. Supreme Court's Decision in *Roper v. Simmons*<br><br>4. Def's Supplemental Motion to Hold Petition Pending The U.S. Supreme Court's Decision in *Roper v. Simmons* | 1. Dismissed as moot 01/26/06<br><br>2. Dismissed as moot 01/26/06<br><br>3. Dismissed as moot 01/26/06<br><br>4. Dismissed as moot 01/26/06 |
| State v. Goode<br><br>Case Below:<br>Johnston County<br>Superior Court | No. 10A94-6 | 1. Def's Motion to Deem Delivery Date of Transcript on 10 November 2005<br><br>2. Def's Motion to Hold in Abeyance the Time in Which to File the PWC<br><br>3. Def's Motion to Extend Time to File PWC on 02/09/06 | 1. Allowed 11/17/05<br><br>2. Denied 12/15/05<br><br>3. Allowed 12/21/05 |
| State v. Hall<br><br>Case Below:<br>173 N.C. App. 735 | No. 644P05 | 1. Def's NOA Based Upon a Constitutional Question (COA04-1626)<br><br>2. AG's Motion to Dismiss Appeal<br><br>3. Def's PDR Under N.C.G.S. § 7A-31 | 1. —<br><br>2. Allowed 01/26/06<br><br>3. Denied 01/26/06 |
| State v. Hankins<br><br>Case Below:<br>174 N.C. App. 627 | No. 701P05 | 1. AG's Motion for Temporary Stay (COA04-1079)<br><br>2. AG's Petition for Writ of Supersedeas<br><br>3. AG's PDR Under N.C.G.S. § 7A-31<br><br>4. Def's Conditional PWC to Review Decision of the COA | 1. Denied 12/27/05<br><br>2. Denied 01/26/06<br><br>3. Denied 01/26/06<br><br>4. Denied 01/26/06 |
| State v. Harris<br><br>Case Below:<br>175 N.C. App. 360 | No. 025P06 | AG's Motion for Temporary Stay (COA05-111) | Allowed 01/18/06 |
| State v. Jackson<br><br>Case Below:<br>165 N.C. App. 546<br>359 N.C. 284 | No. 424P04-2 | Def's Motion for Reconsideration (COA03-357) | Dismissed 01/26/06 |